Núm. 8636.—RODRÍGUEZ, apldo. *v.* AROCHO, aplte.—C. D. Arecib
Nulidad y otros extremos. Marzo 4, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, el 25 de enero último este Tribunal, a moción d
demandante apelado desestimó por falta de diligencia el recurso esta
blecido en este caso;

POR CUANTO, el 29 del citado mes el apelante solicitó reconsiderá
semos nuestra ameritada resolución acompañando al efecto una cei
tificación del Secretario de la corte inferior de la que resulta que l
dilación en el perfeccionamiento del recurso fué motivada por la en
fermedad del taquígrafo que tomó las notas taquigráficas del juicio
enfermedad que le impidió preparar prontamente la transcripción d
la evidencia;

POR CUANTO, de dicha certificación resulta además que el apelant
fué diligente en solicitar las prórrogas necesarias para la presenta
ción de la transcripción de evidencia y que ésta ha sido ya presentad
y desde el 18 de enero último se celebró la vista para su aprobación
estando pendiente de la resolución del Juez inferior para la fecha el
que se expidió la mencionada certificación el primero de febrero úl
timo;

POR CUANTO, en vista de la prueba ofrecida por el apelante est
Tribunal decidió oír a las partes sobre la moción de reconsideración

eñalándose la audiencia para el 15 de febrero último, a la cual sólo compareció la representación del apelante, habiendo antes radicado el apelado una moción oponiéndose a la reconsideración;

"POR CUANTO, el apelante excusó suficientemente su incomparecencia a la audiencia que se celebró el 18 de enero último sobre la moción de desestimación;

POR TANTO, vistos los autos de este caso, la prueba ofrecida por el demandado apelante, y la oposición del demandante apelado, la Corte entiende que procede declarar y por la presente declara con lugar la moción de reconsideración de que antes se hace mérito, y en su consecuencia deja sin efecto su resolución de 25 de enero último por la que se desestimó por falta de diligencia este recurso y lo restablece con la condición de que el demandado apelante perfeccione su apelación y radique su alegato en este Tribunal dentro de un término de 30 días a partir de esta fecha, siendo entendido que de no cumplirse dicha condición, el demandante apelado podrá reproducir su moción de desestimación.